No. 601. RUHLIN ET AL. *v.* NEW YORK LIFE INSURANCE CO. January 29, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied.

656

Messrs. *John E. Evans, Sr.* and *Charles H. Sachs* for petitioners. *Mr. William H. Eckert* for respondent.

